*E-Filed 9/26/12*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES DAVID WILLIAMS,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN DOE,<br><br>            Defendant. | No. C 12-4354 RS (PR)<br><br>**ORDER OF DISMISSAL** |

This is a federal civil rights action. By order of the Court, plaintiff was granted 30 days (1) to file a complete application to proceed *in forma pauperis* ("IFP"), or (2) to pay the filing fee of $350.00, or face dismissal of the action. Plaintiff was also ordered to file a complaint. More than 30 days have passed since the order was filed, and plaintiff has not filed a complete IFP application or a complaint, nor paid the filing fee. Accordingly, the action is DISMISSED without prejudice. Any motion to reopen the action **must** contain (1) a complete IFP application or payment for the entire filing fee of $350.00, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: September 26, 2012

RICHARD SEEBORG
United States District Judge

No. C 12-4354 RS (PR)
ORDER OF DISMISSAL